IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOHN RUSH, JR.,**

   *Plaintiff*,

v.                          Case No.: 1:24cv216-MW/HTC

**MICHELLE KING,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Commissioner's motion to dismiss, ECF No. 14, is **GRANTED**. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** as moot and for failure to exhaust administrative remedies." The Clerk shall close the file.

   **SO ORDERED on March 17, 2025.**

                                                  s/Mark E. Walker_____
                                                  **Chief United States District Judge**